

# NUMBER 13-24-00653-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**SCI TEXAS FUNERAL SERVICES, LLC
D/B/A ROSE LAWN MEMORIAL GARDENS,**                                      **Appellant,**

**v.**

**MARIA ALMAGUER,**                                                     **Appellee.**

---

## ON APPEAL FROM THE COUNTY COURT AT LAW NO. 1
## OF CAMERON COUNTY, TEXAS

---

## MEMORANDUM OPINION

**Before Justices Silva, Peña, and Fonseca
Memorandum Opinion by Justice Fonseca**

This matter is before the Court on the parties' joint motion for disposition pursuant to settlement. On January 13, 2025, we abated the cause on the parties' joint motion to abate the appeal to allow the parties to "resolve the claims between them" and "consummate the settlement." The parties have settled their claims, and the trial court

has signed an order dismissing the underlying lawsuit. The parties request that the Court dismiss the appeal and order that each party bear their own costs of the appeal.

Upon review of the joint motion for disposition pursuant to settlement, the Court is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a)(1). Therefore, the case is reinstated, the joint motion is granted, and the appeal is hereby dismissed.

In accordance with the parties' agreement, costs are hereby assessed against the party incurring same. *See id.* R. 42.1(d). Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained.

YSMAEL D. FONSECA
Justice

Delivered and filed on the
13th day of March, 2025.

2